# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| Plaintiff, | } | |
| vs. | } | NO. 1:26CR154 |
| | } | |
| Dustin Young, | } | |
| | } | |
| Defendant, | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for SENTENCING <u>on September 29, 2026 at 10:30 a.m.</u> in Courtroom 575 of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio.

\*Any psychological/Psychiatric reports shall be submitted no later than 30 days prior to sentencing.

\* Any Sentencing Memorandums shall be filed as follows: Defendant's Memorandum shall be filed no later than seven (7) days prior to the date for sentencing.   The Government's Memorandum shall be filed no later than three (3) days prior to sentencing.   Sentencing Memorandum shall not include objections to the pre-sentence report which shall be filed as required by Rule 32(F) of the FRCP.

\*Letters of support are to be submitted to the Probation Officer.

DATE: May 28, 2026

<u>Christian Capece</u>
**Clerk of Court**

**By <u>s/ Kelby Crawford</u>**
**Courtroom Deputy**
**(330) 252-6070**